UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

**GOD/SYLVESTER THOMAS JR**
PLAINTIFF,

v.

the united states district court
northern district of indiana,

CASE NO. _____

FILED
05/15/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## MOTION TO REQUEST TO SUBMIT A FORMAL COMPLAINT

COMES NOW, **GOD/SYLVESTER THOMAS JR** DOC# 111746, PRO-SE, CURRENTLY IMPRISONED UNLAWFULLY AT THE WABASH VALLEY CORRECTIONAL FACILITY (SPECIAL HOUSING UNIT/SHU), ADAMENTLY PETITIONING THIS COURT TO ACCEPT, ADDRESS, AND REMEDY OR GIVE RELIEF TO HIS SYMPTOMS ATTRIBUTED TO THE CONDITIONS THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA, SOUTHBEND DIVISION CREATED DUE TO THE OPINIONS OF JUDGE, s/ damon r. leichty, THAT ULTIMATELY PERSUADED A PREMATURE DECISION DENYING A COMPLAINT PRESENTED BY THE PLAINTIFF, SUBMITTED TO THE COURT JUDGE damon r. leichty PRESIDES OVER.

A. WHERE THE PLAINTIFF SUBMITTED A COMPLAINT TO THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF INDIANA, THAT WAS "INARTFULLY DRAFTED" BY THE PLAINTIFF PRO-SE, CONTAINING A DETAILED DESCRIPTION THAT DEPICTED AN INCIDENT (3:23-cv-281), OF UNLAWFUL IMPRISONMENT, OR DETAINMENT, ADEQUATELY DOCUMENTED, AND ALTHOUGH HELD TO "LESS STRINGENT STANDARDS",

1.

THAN PLEADINGS DRAFTED BY TRADITIONAL LAWYERS, THE COMPLAINT WAS STILL PRESENTED WITH ENOUGH CLARIFICATION TO FRAME MERIT, SIMULTANEOUSLY ALLOWING THE COURT TO SUFFICIENTLY DEFINE THE CLAIM ITSELF. IN OTHER WORDS: THE PLAINTIFF PRESENTED HIS SYMPTOMS TO THE COURT IN A COMPLAINT, AND ALLOWED THE COURT TO MAKE IT'S OWN DIAGNOSIS CONCERNING THE PLAINTIFF'S COMPLAINT, SO THE PLAINTIFF COULD NEVER BE ACCUSED OF PRESENTING FALSE ALLEGATIONS OF ANYTHING, TO ANYONE; ESPECIALLY TO THE U.S. DISTRICT COURT; FOR THAT MATTER.

**B.** ON MAY 08, 2023, THE PLAINTIFF RECEIVED AN OPINION AND ORDER FILED BY JUDGE: damon r. leichty ON 04/19/2023, LEGALLY EXPLAINING THE COURTS REASONS FOR DENYING HIS MOTION TO REQUEST TO SUBMITT A FORMAL COMPLAINT, AND DISMISSING HIS CASE, STATING THAT HIS COMPLAINT WAS FIRST: "INARTFULLY DRAFTED", THEN, "FRIVOLOUS OR MALICIOUS", "FACTUALLY FRIVOLOUS", THE FACT ALLEGED ARE "CLEARLY BASELESS", "FANCIFUL", "FANTASTIC", AND "DELUSIONAL", AS WELL AS "IRRATIONAL", "WHOLLY INCREDIBLE", WITH OR WITHOUT JUDICIABLY NOTICEABLE FACTS AVAILABLE TO CONTRADICT THEM. CLAIMING THAT "NO RESPONSE" IS REQUIRED FROM DEFENDANTS, AND "CASE DISMISSED WITHOUT EVIDENTIARY HEARING TO DETERMINE TRUTH OR FALSITY", WHEN COMPLAINTS ARE UNBELIEVEABLE, (UNBELIEVEABLE, NOT UNTRUE), THEN, THE PLAINTIFF WAS TOLD IT WOULD BE FUTILE TO AMEND HIS COMPLAINT UPON DISMISSAL BECAUSE IT'S FACTUALLY FRIVOLOUS, AND STATES NO CLAIM, AS THE PUBLIC RECORD CONTRADICTED HIS COMPLAINT.

**C.** CLEARLY OFFENDED BY THESE OPINIONS, **BECAUSE THE**

2.

PLAINTIFF'S MOTHER DIDN'T HAVE IN HIM, A LIAR, THEIF, BACKBITER, SLANDERER, PUNK, COWARD, F.A.G., OR A DELUSIONAL CHILD (AS THE COURT SUGGESTED); TERRI LOUISE PACIELY-THOMAS, CARRIED, BIRTHED, NURTURED, AND GAVE HER LIFE, TO RAISE UP INTO MANHOOD **GOD**, WHO REFERS TO HIMSELF AS: SYLVESTER THOMAS JR., ACKNOWLEDGED IN THE I.D.O.C. AS PRISONER NO. 111746, AND FOR THOSE SPECIFIC REASONS ALLUDED TO BY THE PLAINTIFF, DIRECTLY FROM THE OPINION AND ORDER MOTION FILED ON: 04/19/2023, BY THE U.S. DISTRICT COURT NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISON.

THE PLAINTIFF DECIDED THE ONLY WAY TO CONVINCE THE COURT AND EVERY OTHER DISBELIEVER, WAS TO DIVULGE PUBLICLY THE TOOLS, METHODS, AND INFORMATION; NO MATTER HOW PERSONAL AND PRIVATE, THAT BROUGHT THE PLAINTIFF TO THE CONCLUSION THAT WARRANTED A COMPLAINT; IN THE FIRST PLACE.

IN DOING SO, THE PLAINTIFF HAD TO PUBLICLY EXPOSE A GOVERNMENT OPERATED WEBSITE: (WWW.MYCASE.IN.GOV.), A STATE OF INDIANA INFLUENCED WEBSITE: (WWW.MYCASE.IN.COM.); [CAREFUL NOT TO GET THEM MIXED UP, CONFUSED, OR THINK THEY ARE IDENTICAL; BECAUSE THEY'RE NOT CONDUCTED THE SAME, ONLY SIMILAR]. AS WELL AS HIS PERSONAL AND PRIVATE INFORMATION: DATE OF BIRTH, SOCIAL SECURITY NUMBER, ETC. HE WAS FORCED TO MAKE PUBLIC DUE TO THE COURTS DEFEMATION OF THE PLAINTIFF THROUGH IT'S OPINION'S CONCERNING HIS RECORDS BEING PUBLIC (CRIMINAL CASE NO. 49G01-0902-MR-024145), AND THAT HIS COMPLAINT CONTRADICTED THE PUBLIC RECORD, EVEN THOUGH THE COURT POSESSED THE NECESSARY PRIVATE INFORMATION REQUIRED TO DILIGENTLY INVESTIGATE BY COMPLAINT (3:23-cv-281), AND THE PROCEED IN FORMA PAUPEROS

3.

MOTIONS SUBMITTED BY THE PLAINTIFF AND FILED, TOGETHER BOTH MOTIONS CONTAINED ENOUGH INFORMATION ABOUT THE PLAINTIFF TO ESTABLISH THE TRUTH, WHY THE COURT REFUSED TO TAKE THE NECESSARY PRECAUTIONS, AND ACCEPT THE RESPONSIBILITY TO ADEQUATELY INVESTIGATE THE PLAINTIFFS COMPLAINT, BEFORE PREMATURELY, AND INCORRECTLY DENYING IT, DISMISSING HIS CASE ALL TOGETHER, BUT COULD DEFINITELY TAKE THE OPPORTUNITY TO UNDENIABLY ACCEPT THE RESPONSIBILITY; HOWEVER CHILDISH IT MIGHT SEEM, TO RIDICULE FALSELY, WRONGFULLY CRITISIZE, VIVIDLY SLANDER, CREATIVELY DEGRADE, AND ALL OUT INSULT THE PLAINTIFF **GOD**; WHO REFERS TO HIMSELF AS: SYLVESTER THOMAS JR DOC# 111746, ABOUT HIS COMPLAINT TO THE U.S. DISTRICT COURT NORTHERN DISTRICT OF INDIANA, SOUTHBEND DIVISION.

CLEARLY OFFENDED BY THE COURTS OPINIONS; DUE TO THE FACT THAT THE PLAINTIFFS MOTHER DIDN'T HAVE; OR DOESN'T HAVE, A LIAR, BACKBITER, THEIF, COWARD, SNITCH, RAT, F.A.G., OR A DELUSIONAL CHILD; TERRI LOUISE PACIELY-THOMAS, CARRIED BIRTHED, NURTURED, AND GAVE HER LIFE, TO RAISE UP INTO MAN- OR ADULTHOOD **GOD**; WHO REFERS TO HIMSELF AS: SYLVESTER THOMAS JR., ACKNOWLEDGED IN THE I.D.O.C. AS PRISONER 111746,

THE BLATANT DEFEMATION OF THE PLAINTIFF "INARTFULLY DRAFTED" BY THE U.S. DISTRICT COURT NORTHERN DISTRICT OF INDIANA SOUTHBEND DIVISION'S OPINION'S AND ORDER MOTION/DECISION, WHICH WAS INCORRECT AND PREMATURE, NOT TO MENTION IMMATURE; BUT NONE THE LESS, NOW PUBLIC RECORD, AS WELL AS THE EXTENT TO WHICH THE PLAINTIFF HAD TO GO TO DEFEND HIS COMPLAINT, BY PUBLICLY

4.

DISPLAYING HIS PERSONAL AND PRIVATE INFORMATION, IS ENOUGH TO ENTITLE THE PLAINTIFF TO FINANCIAL COMPENSATION.

THEREFORE, FOR THESE REASONS; THE PLAINTIFF IS ADAMENTLY REQUESTING THIS COURT TO AWARD HIM FOR ALL CONCERNING DAMAGES; IN THE AMOUNT OF ($ 100 BILLION DOLLARS) A DAY, FOR EVERY INDIVIDUAL UNLAWFULLY IMPRISONED OR DETAINED. FROM: 04/10/2023, WHEN HIS COMPLAINT WAS FILED; UNTIL IT IS FULLY RESOLVED AND ALL OF THE REMEDY OR RELIEF HE SO ADAMENTLY REQUESTED, DESERVES, AND IS ENTITLED TOO IS COMPLETELY ADMINISTERED THROUGH COURT ORDER, AS WELL AS ALL OTHER REMEDY OR RELIEF PERTAINING.

SO ORDERED ON THIS ____ DAY OF _____ 2023.

_____
JUDGE, U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

## AFFIRMATION

I **GOD**/SYLVESTER THOMAS JR. Doc# 111746, HEREBY AFFIRM UNDER PENALTIES FOR PERJURY THAT THE REPRESENTATIONS IN THE FOREGOING: MOTION TO REQUEST TO SUBMITT A FORMAL COMPLAINT, ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

_____
PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 11ᵀᴴ DAY OF MAY 2023, THE FOREGOING MOTION TO REQUEST TO SUBMIT A FORMAL COMPLAINT WAS E-FILED BY THE WABASH VALLEY CORRECTIONAL FACILITY'S: LAW LIBRARY'S (E-FILING PROGRAM, PURSUANT TO Fed. R. Civ. P. 5. (b)(2)(F)) AND SERVED UPON THE U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA'S CLERK, ADDRESS: 105 U.S. COURTHOUSE 46 EAST OHIO STREET INDIANAPOLIS, INDIANA 46204.

IND. DEPT. OF CORR.
WABASH VALLEY CORR. FAC.
P.O. BOX 1111
CARLISLE, IN 47838-1111

GOD / SYLVESTER THOMAS JR. 111746
PLAINTIFF,

_GOD/ [signature]_
(SIGNATURE)

6.